# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVERICK SCOTT, ADC #131042                                                                PLAINTIFF

v.                                       5:15CV00174-JM-JJV

RANDY WATSON, Warden,
Varner Unit; *et al.*                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Mark Stephens, Corey Paskel, Butler, Alex Copefield, Wilson, Wolfo, Powell, Jones, Phillip Esaw, Hicks, Bphens, J. Young, Malone, and "Does" are DISMISSED without prejudice.

2. Plaintiff's request for declaratory relief is DENIED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 6th day of July, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE