IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT, ADC #131042                                                   PLAINTIFF

v.                                  5:15CV00174-JM-JJV

RANDY WATSON, Warden,
Varner Unit; *et al.*                                                          DEFENDANTS

## ORDER

After two unsuccessful service attempts (Doc. Nos. 10, 16), I ordered Plaintiff to provide a viable address for Defendant Michael Davenport. (Doc. No. 17.) In response, on October 1, 2015, Plaintiff filed a Notice and offered four possible addresses for Mr. Davenport. (Doc. No. 22.) He states this is "as close as [he] can get." (*Id*. at 1.) While I commend Plaintiff for his diligence in obtaining these addresses, I am unwilling to attempt service at four addresses in the hopes of finding Defendant Davenport.[1] *See* Fed. R. Civ. P. 4. Plaintiff must identify what he believes to be the address of Defendant Davenport.

IT IS, THEREFORE, ORDERED that Plaintiff shall provide a single address at which he believes service for Defendant Davenport is most likely to succeed. He should notify the Court of this address within fourteen (14) days of this Order's entry.

DATED this 5th day of October, 2015.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] It is unlikely that each of these addresses refers to the same Michael Davenport Plaintiff named in his Complaint. Two are in Pine Bluff, Arkansas and two are in White Hall, Arkansas. (Doc. No. 22 at 2.)