# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVERICK SCOTT, ADC #131042                                                                PLAINTIFF

v.                                          5:15CV00174-JM-JJV

RANDY WATSON, Warden,
Varner Unit; *et al.*                                                                              DEFENDANTS

## ORDER

Based on the information contained in Plaintiff's most recent filing (Doc. No. 26), service will be re-attempted for Defendant Michael Davenport.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Davenport, and the United States Marshal shall serve a copy of the Summons, Amended Complaint (Doc. No. 4), and this Order on this Defendant without prepayment of fees and costs or security therefore. Service for Defendant Davenport should be at 1502 War Eagle, Pine Bluff, AR 71603.

DATED this 20th day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE