# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT, ADC #131042                                                                    PLAINTIFF

v.                                            5:15CV00174-JM-JJV

RANDY WATSON, Warden,
Varner Unit; *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Michael Davenport is DISMISSED without prejudice from this action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 8th day of December, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1