# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT, ADC #131042                                               PLAINTIFF

v.                              5:15CV00174-JM-JJV

RANDY WATSON, Warden,
Varner Unit; *et al.*                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court alter the docket to reflect that Defendant Miller is properly "Terry Miller."

2. Defendants' Motion for Summary Judgment (Doc. No. 33) is GRANTED.

3. Plaintiff's claims against Defendants Randy Watson, Moses Jackson, and Terry Miller are DISMISSED without prejudice for failure to exhaust administrative remedies.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 14th day of January, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE